**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

CAYLA NESBITT,

Plaintiff,

v.

GEORGIA SKIN & CANCER CLINIC, P.C.,

Defendant.

CIVIL ACTION NO.: 4:26-cv-207

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 4, 2026, Report and Recommendation, (doc. 5), to which Plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. (Id.) Plaintiff's Motion to Proceed *in forma pauperis* is **DENIED**. (Doc. 2.) Pursuant to the Court's Local Rules, Plaintiff is **DIRECTED** to submit the appropriate filing fee within twenty-one days of the service date of this Order. L.R. 4.2(2). Failure to make timely payment will result in dismissal. Id.

**SO ORDERED**, this 21st day of August, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA